McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
   *jonathan.carlson@mccormickbarstow.com*
Amanda A. Ebert
Nevada Bar No. 12731
   *amanda.ebert@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KHANH VU, an individual<br><br>Plaintiff,<br><br>v.<br><br>CSAA GENERAL INSURANCE COMPANY; DOES 1 through 10, inclusive; and ROE ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00413-RFB-EJY<br><br>**STIPULATION AND ORDER REGARDING DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by Plaintiff KHANH VU, by and through his counsel of record, and Defendant CSAA GENERAL INSURANCE COMPANY, by and through its counsel

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Case No. 2:25-cv-00413-RFB-EJY

of record that the above-entitled matter be dismissed with prejudice. The parties to bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: April __/__, 2026                              Dated: April _1_, 2026

By: _____                          By: ____/s/Jonathan W. Carlson____
John B. Greene, Esq.                                      Jonathan W. Carlson
Nevada Bar No. 4279                                       Nevada Bar No. 10536
Robert D. Vannah, Esq.                                    Amanda A. Ebert
Nevada Bar No. 2503                                       Nevada Bar No. 12731
VANNAH & VANNAH                                  McCORMICK, BARSTOW, SHEPPARD,
5512 South Fort Apache Road, Suite 130                 WAYTE & CARRUTH LLP
Las Vegas, NV 89148                               7160 Rafael Rivera Way, Suite 320
                                                        Las Vegas, Nevada 89113
Nicolas M. Bui, Esq.                                    Attorneys for Defendant
Nevada Bar No. 12709
Charlene Bui, Esq.
Nevada Bar No. 15881
NICOLAS M. BUI, LTD.
812 South 6th Street
Las Vegas, NV 89101
Attorneys for Plaintiff

### ORDER

IT IS SO ORDERED.

DATED this _3rd_ day of ___April___, 2026

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted By:

MCCORMICK BARSTOW LLP

/s/Jonathan W. Carlson
Jonathan W. Carlson, Nevada Bar No. 10536
Amanda A. Ebert, Nevada Bar No. 12731
Attorneys for Defendant

12444946.1

Case No. 2:25-cv-00413-RFB-EJY
STIPULATION AND ORDER REGARDING DISMISSAL WITH PREJUDICE